## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Maria A. Reeze

                              Plaintiff,

v.                                                         Case No.: 1:08–cv–00129
                                                               Honorable William T. Hart

Home Depot U.S.A., Inc., The

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge William T. Hart :Status hearing held on 1/23/2008.Discovery ordered closed by 4/22/2008. Status hearing set for 3/19/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.