UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA A. REEZE, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 129 |
| | ) | |
| vs. | ) | Judge Hart |
| | ) | |
| HOME DEPOT U.S.A., INC. d/b/a | ) | Magistrate Judge Brown |
| THE HOME DEPOT, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Jason J. Friedl
      Purcell & Wardrope, Chtd.
      10 South LaSalle Street
      Suite 2600
      Chicago, Illinois 60603

On March 19, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge William T. Hart, or any Judge sitting in his/her stead in Courtroom 2243 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois and then and there present **Plaintiff's MOTION TO CONTINUE THE ALL DISCOVERY CLOSURE DATE,** a copy of which is attached.

_____
Whitney B. Mayster
GOLDSTEIN, BENDER & ROMANOFF
One North LaSalle Street, Suite 2600
Chicago, Illinois 60602
(312)-346-8558

### CERTIFICATE OF SERVICE

I, Diana Torres, a non-attorney, certify under penalties as provided by law pursuant to IL Rev. Stat. Chap. 110, sec. 1-109, that I served a copy of this Notice and the attached documents stated above by mailing a copy to each party to whom it is directed by causing a copy to be mailed postage prepaid from One N. LaSalle St., Chicago, IL 60602 on March 5, 2008.

_____
Diana Torres