UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA A. REEZE, | ) |
| | ) |
| Plaintiff, | ) No.   08 C 129 |
| | ) |
| vs. | ) Judge Hart |
| | ) |
| HOME DEPOT U.S.A., INC. d/b/a | ) Magistrate Judge Brown |
| THE HOME DEPOT, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, MARIA A. REEZE, by and through her attorneys, GOLDSTEIN, BENDER & ROMANOFF, and in response to Defendant, THE HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT'S, Affirmative Defenses, states as follows:

#### Answer to Defendant's First Affirmative Defense

Plaintiff denies each and every allegation contained in Defendant's First Affirmative Defense and demands strict proof thereof.

#### Answer to Defendant's Second Affirmative Defense

Plaintiff denies each and every allegation contained in paragraph one of Defendant's Second Affirmative Defense, specifically denying subparagraphs (a) through (f) inclusive and demands strict proof thereof. Plaintiff further states that it was the Defendants who disregarded their duty to exercise reasonable care and caution so as not to cause damage to or injury to the Plaintiff herein.

Plaintiff denies each and every allegation contained in paragraph two of Defendant's Second Affirmative Defense and demands strict proof thereof.

Plaintiff denies each and every allegation contained in paragraph three of Defendant's Second Affirmative Defense and demands strict proof thereof. Plaintiff further states that

Plaintiff's conduct in no way contributed in or whole or in part to the injuries sustained in the accident at issue.

### Answer to Defendant's Third Affirmative Defense

Plaintiff denies each and every allegation contained in Defendant's Third Affirmative Defense and demands strict proof thereof.

### Answer to Defendant's Fourth Affirmative Defense

Plaintiff denies each and every allegation contained in Defendant's Fourth Affirmative Defense and demands strict proof thereof.

WHEREFORE, the Plaintiff, MARIA A. REEZE, prays that this court deny, in whole, the relief sought by the Defendant and permit this action to proceed on its merits.

Respectfully Submitted,

By: _____
Whitney B. Mayster
GOLDSTEIN, FISHMAN, BENDER & ROMANOFF
One N. LaSalle St., Suite 2600
Chicago, Illinois 60602
(312) 346-8558