UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA A. REEZE, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 129 |
| | ) | |
| vs. | ) | Judge Hart |
| | ) | |
| HOME DEPOT U.S.A., INC. d/b/a | ) | Magistrate Judge Brown |
| THE HOME DEPOT, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To: Jason J. Friedl
Purcell & Wardrope, Chtd.
10 South LaSalle Street, Suite 1200
Chicago, Illinois 60603

Please take notice that on March 5, 2008, the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, *Plaintiff's Response to the Defendant's Affirmative Defenses*, a copy of which is attached hereto and is herein served upon you.

_____
Whitney B. Mayster
GOLDSTEIN, BENDER & ROMANOFF
One North LaSalle Street, Suite 2600
Chicago, Illinois 60602
(312) 346-8558

### CERTIFICATE OF SERVICE

I, Diana Torres, a non-attorney, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109, that I served a copy of this Notice and the attached documents stated above by mailing a copy to each party to whom it is directed by causing a copy to be mailed postage prepaid from 1 N. LaSalle St., Chicago, IL 60602 on March 5, 2008.

_____