UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA A. REEZE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   08 C 129 |
| v. ) | |
| ) | Judge Hart |
| THE HOME DEPOT U.S.A., INC., d/b/a ) | |
| THE HOME DEPOT, ) | Magistrate Judge Brown |
| ) | |
| Defendant ) | |

### NOTICE OF MOTION

**To:**   Whitney B. Mayster
Goldstein Bender & Romanoff
One N. LaSalle Street, Suite 2600
Chicago, IL 60602

PLEASE TAKE NOTICE that on **June 25, 2008 at 11:00 a.m.**, or as soon thereafter as counsel might be heard, I shall appear before the **Honorable Judge Hart in Courtroom 2243 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,** and shall then and there present a **MOTION TO EXTEND ALL DISCOVERY CLOSURE DATE,** a copy of which is attached hereto and served upon you.

s/Jason J. Friedl
Jason J. Friedl

**PURCELL & WARDROPE CHTD.**
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JJF\3564 REEZE\MOTIONS\NOM004.DOC

### AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Motion electronically referenced herein to all attorneys of record, at their listed addresses, on **June 20, 2008.**

/s/ Genevieve Zimmerman

SUBSCRIBED AND SWORN to before
me this 20th day of June, 2008.

/s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011