# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 129 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Maria A. Reeze vs. Home Depot U.S.A., Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. This case is dismissed with prejudice and without costs.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|